02-11-581-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00581-CR

 

 


 
 
 James B. Hibdon
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM County
Criminal Court No. 1 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered “Appellant=s Motion To Dismiss Appeal
And Expedite Mandate.”  The motion complies with rule 42.2(a) of the rules of
appellate procedure.  Tex. R. App. P.
42.2(a).  No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal.  See Tex.
R. App. P. 42.2(a),
43.2(f).  By agreement of the parties, the mandate will issue immediately.  See
Tex. R. App. P. 18.1(c).

 

PER
CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and
GARDNER, JJ.  

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: January 12, 2012 










[1]See Tex. R. App. P. 47.4.